IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS JOHNSON,<br><br>                  Plaintiff,<br>v.<br><br>JOSEPH C. KORSZNIAK, et al.,<br><br>                  Defendants. | CIVIL ACTION<br>NO. 2:17-cv-03946 |

**ORDER**

**AND NOW**, this 17th day of May 2023, upon consideration of Defendants Joseph Korszniak, Jill McGinley, and Muhammad Golsorkhi's Motions to Dismiss the Complaint (Doc. No. 13, 22, 31) and Plaintiff's Response in Opposition (Doc. No. 85), it is **ORDERED** that the Motions to Dismiss the Complaint (Doc. No. 13, 22, 32) are **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1